# EXHIBIT B

Filed 9/9/2020 LCL

| | | |
|---|---|---|
| DONNAMARIE JAROSZ | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| KASIMIER JAROSZ | * | ANNE ARUNDEL COUNTY |
| Defendant | * | Case No. C-02-FM-16- 000663 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon Plaintiff's Petition for Contempt and after a show cause hearing thereon, and for the reasons stated on the record, the Court having found the Defendant, Kasimier Jarosz is in contempt of this Court for willful failure to comply with the terms of the parties' property settlement agreement, incorporated into the Judgment of Absolute Divorce; wherefore

**ORDERED**, that in order to purge said contempt, the Defendant shall:

a. Strictly adhere to all terms and conditions of the Property Settlement Agreement.

b. Provide to Plaintiff, within thirty (30) days of this Order, all monthly statements, including profit and loss statements, cash flow statements, bank statements, and all other bookkeeping documents including balance sheets, for the period of January 1, 2017 to the present concerning KSJ and Associates, Inc.(the "Corporation") The Defendant shall continue to promptly provide all such financial documentation to Plaintiff automatically, without request, on a monthly basis.

c. Investigate and consider all potential sale opportunities for the Corporation, jointly with Plaintiff.

d.  Ensure that the By-laws of the Corporation are legally amended in accordance with the Property Settlement Agreement, within thirty (30) days of this Order; and it is further

**ORDERED**, that Defendant shall contribute to Plaintiff's reasonable attorney's fees for this contempt proceeding in the amount of $1,500.00, within thirty (30) days of this Order; and it is further

**ORDERED**, that failure to strictly comply with this Order may result in further proceedings for civil or criminal contempt of Court, including possible incarceration.

09/09/2020 8:52:41 AM

_____
Judge Glenn L. Klavans

I, Scott A. Poyer, Clerk of the Circuit Court for Anne Arundel County, hereby certify that this is a true copy from the record in this court. Witness the hand and act of the undersigned this 9th day of September 2020

Scott A. Poyer
Circuit Court for Anne Arundel County, Maryland