# EXHIBIT C

Case 1:22-cv-02594-LKG   Document 1-3   Filed 10/11/22   Page 1 of 3



2311 WILSON BOULEVARD
SUITE 500
ARLINGTON, VA 22201
PHONE 703.525.4000
FAX    703.525.2207

RAIGHNE C. DELANEY
Admitted: VA, DC & MD
rdelaney@beankinney.com

March 16, 2022

Mariatheresa Martinez
President, KSJ & Associates, Inc.
12792 Dogwood Hills Lane
Fairfax, VA 22033
VIA U.S. Mail and Certified Mail, Return Receipt Requested

Kasey S. Jarosz
CEO/Secretary/Treasurer, KSJ & Associates, Inc.
1200 Crystal Drive, #1712
Arlington, VA 22202
VIA U.S. Mail and Certified Mail, Return Receipt Requested

Ian A. Cronogue
Baker, Cronogue, Tolle & Werfel, P.L.C.
Registered Agent, KSJ & Associates, Inc.
Counsel, KSJ & Associates, Inc.
1320 Old Chain Bridge Road, Suite 200
McLean, VA 22101
VIA U.S. Mail and Certified Mail, Return Receipt Requested

Mr. Kevin Duncan
K Duncan & Company
Accountant for KSJ & Associates, Inc.
8701 Georgia Avenue, Suite 400
Silver Spring, MD 20910
VIA U.S. Mail and Certified Mail, Return Receipt Requested

RE: DEMAND Pursuant to VA. Code § 13.2-672.1 that the Corporation Take Legal Action Against Kasey S. Jarosz, and Others as May Be Necessary, for Breach of the Duty of Care By Wasting the Company and Refusing to Take Actions To Sell It & Potential Improper Use of the Corporation to Pay Mr. Jarosz's Personal Expenses.

Dear Ms. Martinez, or to whom it may concern,

I represent DonnaMarie Jarosz, a shareholder of KSJ & Associates, Inc. ("KSJ").

In 2017, KSJ had an estimated value of $14.4 million. Thereafter, prior court orders and agreements vested sole control of KSJ within Mr. Kasey Jarosz and vested him with the responsibility in managing KSJ pending a sale, and with the duty to take the steps necessary to sell KSJ for the benefit of the shareholders.



In 2020, Ms. Jarosz took steps to force Mr. Jarosz's compliance with his duties. He was held in contempt by the Circuit Court of Anne Arundel County.

Recently Ms. Jarosz learned that not only had Mr. Jarosz not taken the steps necessary to sell KSJ, but that he had also possibly neglected KSJ such that she now understand that KSJ is projected to go out of business by the end of September 2022.

Ms. Jarosz also has concerns that Mr. Jarosz may have improperly used KSJ to pay some of his personal expenses. She reserves all rights on this issue, and requests that KSJ review this issue, and that it also provide her with the information necessary to evaluate this concern.

Therefore, Ms. Jarosz respectfully demands, pursuant to Va. Code § 13.1-672.1 that KSJ bring legal action against Mr. Jarosz for breach of fiduciary duty, and against all others who aided or abetted his breach of fiduciary duty in the approximate amount of $14.4 million, for the destruction of KSJ's value, and for potential additional sums, yet unknown that may relate to any improper payments to Mr. Jarosz relating to his personal expenses.

If KSJ does not take appropriate legal action within the next 30 days, Ms. Jarosz intends to bring a derivative suit promptly. Therefore, Ms. Jarosz also demands that KSJ, Mr. Jarosz, Ms. Martinez, the law firm of Baker, Cronogue, Tolle & Werfel, P.L.C., Mr. Gerald Werfel, Mr. Cronogue, K. Duncan & Company, and Mr. Kevin Duncan, preserve all records relating to KSJ, the issues set forth in this letter, and with respect to Mr. Jarosz's activities and their advice to KSJ or to Mr. Jarosz personally since January 1, 2017.

Sincerely,

Raighne C. Delaney

RCD/taf