# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

DonnaMarie Jarosz, individually and derivatively on behalf of KSJ & Associates, Inc.

Plaintiff

Case No.: 1:22-cv-02594-LKG

vs.

Kasimier Jarosz

Defendant

## AFFIDAVIT OF SERVICE

I, Brian Ruleman, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Disclosure of Corporate Interest, Case Management Order, Civil Cover Sheet, and Verified Complaint with Exhibits in the above entitled case.

That on 10/15/2022 at 2:10 PM, I served Kasimier Jarosz at 7102 Magdalene Court, Easton, Maryland 21601 with the Summons, Disclosure of Corporate Interest, Case Management Order, Civil Cover Sheet, and Verified Complaint with Exhibits by serving Cathy Lindberg, wife of Kasimier Jarosz, a person of suitable age and discretion, who stated that he/she resides therein with Kasimier Jarosz.

Cathy Lindberg is described herein as:

Gender: Female   Race/Skin: White   Age: 52   Weight: 100   Height: 5'4"   Hair: Blonde   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10-25-22
Executed On

Brian Ruleman

Client Ref Number:133915-0001
Job #: 1609271

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| DonnaMarie Jarosz, individually and derivatively on behalf of KSJ & Associates, Inc. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:22-cv-02594 |
| Kasimier Jarosz | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kasimier Jarosz
7102 Magdalene Ct.
Easton, MD 21601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason, R. Scherr
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: jr.scherr@morganlewis.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/2022

*Signature of Clerk or Deputy Clerk*